# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 11, 2025

### NO. 03-25-00333-CV

**MonDeLeseo Williams, Appellant**

**v.**

**Candice Bogan, Appellee**

### APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the "Order Denying Motion to Recuse or Disqualify Judge" signed by the trial court on April 15, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.